**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-243 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **EUGENE MCCLELLAN** | : | |
| | : | |

**INFORMATION TO ESTABLISH PRIOR**
**CONVICTION FOR  FELONY DRUG OFFENSE**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, pursuant to 21 U.S.C. § 851, respectfully files this information to

establish that the defendant, **EUGENE MCCLELLAN**, has the following prior conviction for a

felony drug offense:

> **Possession with intent to Distribute Cocaine**
> **Case No. CT021719A**
> **Prince George's County, Maryland**
> **Date: June 16, 2003**

Accordingly, in the pending case, the defendant is subject to a **10-year mandatory**

**minimum** sentence upon conviction pursuant to 21 U.S.C. § 841(b)(1)(B), which provides: "If

any person commits such a violation after a prior conviction for a felony drug offense has

become final, such person shall be sentenced to a term of imprisonment which may not be less

1

than 10 years..."

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____

Catherine K. Connelly
Assistant United States Attorney
Narcotics Section, Mass.  Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
Phone: 616-3384
Fax: 353-9414

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Joanne Hepworth, this 12th day of July, 2005.

_____

Catherine Connelly
Assistant United States Attorney

2