# WARRANT FOR ARREST

CO-180 (Rev. 4/0)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**EUGENE M. MCCLELLAN**<br><br>DOB: 7/5/74   PDID: 418-027 | DOCKET NO: 05-243   MAGIS. NO:<br><br>ESTED<br><br>FILED |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST<br><br>JUL 07 2005 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF PHENCYCLIDINE;

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(C); and 21:841(a)(1) and 841(b)(1)(A)(iii)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| Hold | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE FACCIOLA | U.S. MAGISTRATE JUDGE FACCIOLA | 6/23/05 |

| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
|---|---|---|
| Nancy Mayer-Whittington | | 6/23/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 6-23-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED: 7-7-05 | Sean McLeod SDUSM | Sean M. Leod |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |