UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-243 (ESH) |
| | : | |
| v. | : | |
| | : | |
| EUGENE MCCLELLAN | : | |
| | : | |

**PARTIES' JOINT MOTION TO CONTINUE STATUS HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for the defendant respectfully move this Court to continue the status hearing currently scheduled for July 19, 2005 at 10:00 a.m.  The parties request that this hearing be reset for July 26, 27, 28, or 29, 2005.

Respectfully submitted,

_____                    _____
Catherine K. Connelly                                         Joanne Hepworth
Assistant United States Attorney                      Counsel for Eugene McClellan
Narcotics Section, Mass.  Bar No. 649430      601 Pennsylvania Avenue, NW
555 4th Street, N.W.  #4844                             Suite 900, South Building
Washington, DC 20001                                      Washington, DC 20004