UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-243 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **EUGENE MCCLELLAN** | : | |
| | : | |

## ORDER

Upon consideration of the Parties' Joint Motion to Continue, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Motion be Granted, and the status hearing is continued to _____, 2005, at _____.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4484
555 4th Street, NW
Washington, DC 20530

Joanne Hepworth
601 Pennsylvania Avenue, NW
Suite 900
South Building
Washington, DC 20004