UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-243 (ESH) |
| v. | : | |
| EUGENE MCCLELLAN | : | FILED |
| | : | JUL 18 2005 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Parties' Joint Motion to Continue, and the record herein, it is this 18 day of July, 2005, hereby

ORDERED, that the Motion be Granted, and the status hearing is continued to July 29, 2005, at 9:15 a.m.

_E S Huck_
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
Narcotics Section, Rm 4484
555 4th Street, NW
Washington, DC 20530

Joanne Hepworth
601 Pennsylvania Avenue, NW
Suite 900
South Building
Washington, DC 20004